# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 19-01954-MCF | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | MARTINEZ DIAZ, ANA IVETTE AND DOMINGUEZ BOLERIN, JOSE WILLIAM | Date Filed (f) or Converted (c): | 04/08/2019 (f) |
| For the Period Ending: | 03/31/2020 | §341(a) Meeting Date: | 05/09/2019 |
| | | Claims Bar Date: | 08/19/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | SR 798 Km 3.5   Bo Rio Cana Caguas PR 00725<br>3b/2b 2 floor residential prop on 1,377 s/m lot w/ adjacent but separate lot<br>1,497 s/m Barrio Rio Caña, Caguas, w/ a small apt built on same land<br>where debtor husband has needed to move recently operated cannot<br>climb stairs. Hypothetical Liquidation expenses of approx 20% will further<br>reduce any equity to approx $13,700. Value based on Abreu Comparables<br>Sales Data. Homestead claimed under PR Law 195. | $80,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Debtor amended schedules to update exemption and use 80local rules(exemption claimed at the time of petition $51795) docket 7 filed 5/9/19 | | | | | |
| 2 | SR 798 Km 3.5   Bo Rio Cana Caguas PR 00725-5000<br>Adjacent but separate from debtors' residence undev. lot 1,497 s/m<br>Barrio Rio Caña, Caguas. It appears to be of no use to anyone it is<br>practically a cliff making any construction or use doubtful. Comparable<br>Sales data obtained show no undev. lots as comparable sales. Purchased<br>in approx 1996 from father as ramanent of principal property for $16,000<br>but since then property continues to lose ground from rain & some<br>flooding. | Unknown | $9,999.00 | | $0.00 | $10,000.00 |

| Case No.: | 19-01954-MCF | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | MARTINEZ DIAZ, ANA IVETTE AND DOMINGUEZ BOLERIN, JOSE WILLIAM | Date Filed (f) or Converted (c): | 04/08/2019 (f) |
| For the Period Ending: | 03/31/2020 | §341(a) Meeting Date: | 05/09/2019 |
| | | Claims Bar Date: | 08/19/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 3 | make: Lexus Model: GS 430 Year: 2001 Mileage: 125,000 Other Information: Kbb Fair Trade in Value Transmission is failing although in working condition | $1,340.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Debtor amended schedules to claimed exemption under local rules(exemption claimed at the time of petition $1340) docket 7 filed 5/9/19 The cost of administration outweigh its value. NWR 12/10/19 | | | | | |
| 4 | Make: Toyota Model: Camry Year: 1999 Mileage: 180,000 Other Information: Kbb Fair Trade in Value | $520.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Debtor amended schedules to claimed exemption under local rules(exemption claimed at the time of petition $520) docket 7 filed 5/9/19 The cost of administration outweigh its value. NWR 12/10/2019 | | | | | |
| 5 | Make: Jeep Model: Wrangler Year: 2001 Mileage: 170,000 Other Information: Kbb Fair Trade in Value | $2,543.00 | $0.00 | | $0.00 | FA |
| 6 | Living room set | $200.00 | $0.00 | | $0.00 | FA |
| 7 | Dining room set | $200.00 | $0.00 | | $0.00 | FA |
| 8 | Kitchen Appliances Referigerator Stove Microwave Washer Pots & Pans Kitchenware Linens | $1,500.00 | $0.00 | | $0.00 | FA |
| 9 | 1 bedroom set | $100.00 | $0.00 | | $0.00 | FA |
| 10 | 2 Smartphones | $100.00 | $0.00 | | $0.00 | FA |
| 11 | Checking Acct #2772 BPPR | $4.01 | $0.00 | | $0.00 | FA |
| Asset Notes: | Debtor amended schedules to update balance on account(balance listed at the time of petition $10) docket 7 filed 5/9/19 The cost of administration outweigh its value. NWR 12/10/19 | | | | | |
| 12 | Checking Acct #0703 BPPR | $228.41 | $0.00 | | $0.00 | FA |
| Asset Notes: | Debtor amended schedules to update balance on account(balance listed at the time of petition $110) docket 7 filed 5/9/19 The cost of administration outweigh its value. NWR 12/10/19 | | | | | |
| 13 | Savings Acct #3516 BPPR SS Direct Deposit Needed for future support & continuing medical conditions & complications | $49,051.49 | $0.00 | | $0.00 | FA |
| Asset Notes: | Social Security benefits. | | | | | |

| Case No.: | 19-01954-MCF | | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|---|
| Case Name: | MARTINEZ DIAZ, ANA IVETTE AND DOMINGUEZ BOLERIN, JOSE WILLIAM | | Date Filed (f) or Converted (c): | 04/08/2019 (f) |
| For the Period Ending: | 03/31/2020 | | §341(a) Meeting Date: | 05/09/2019 |
| | | | Claims Bar Date: | 08/19/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 | 401K General Gases & Supplies Corp Retirement Plan | $6,305.68 | $0.00 | | $0.00 | FA |
| Asset Notes: | Debtor amended schedules to claimed exemption under local rules(exemption claimed at the time of petition $0) docket 7 filed 5/9/19 | | | | | |
| 15 | 2018 Refund State | $364.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | The cost of administration outweigh its value. | | | | | |
| 16 | Life Ins Coca Cola employee benefit Ana Martinez Diaz | $50,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | No cash surrender value. | | | | | |
| 17 | Life Insurance 75% Ana Martinez Diaz | $128,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | No cash surrender value. | | | | | |
| 18 | Life Insurance Jose W Dominguez Bolerin | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Debtor testified at the 341 Meeting that it does not exist. NWR 12/10/19 | | | | | |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $320,456.59 | $9,999.00 | | $0.00 | $10,000.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| 03/25/2020 | Property was placed in auction, but was suspended due to Governor's order to self quarantine. Trustee to follow up during summer 2020. NWR 3-25-20 |
| 02/16/2020 | Trustee to list again property with CCS to see if it drums up buyers. NWR 2/16/20 |
| 12/11/2019 | Trustee to place the realty in CCS to see if it drums up buyers. NWR 12/11/19 |
| 08/30/2019 | Trustee continues to attempt to market the realty. NWR 8/30/2019 |
| 05/20/2019 | Trustee to attempt to sell lot of land next to Debtor's Property. Bar date requested. 341 Meeting has not been concluded. NWR 5/20/19 |

| Initial Projected Date Of Final Report (TFR): | 12/31/2021 | Current Projected Date Of Final Report (TFR): | 12/31/2021 | /s/ NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|
| | | | | NOREEN WISCOVITCH-RENTAS |