IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ANA IVETTE MARTINEZ DIAZ<br>JOSE WILLIAM DOMINGUEZ BOLERIN<br><br>xx-xx-0213<br>xx-xx-6197<br>Debtor(s) | CASE NO. 19-01954-MCF<br>Chapter 7<br><br><br><br><br>FILED & ENTERED ON MAY/21/2021 |

ORDER AND NOTICE

A hearing is hereby scheduled for June 9, 2021, at 9:00 AM, via Microsoft Teams. All parties that wish to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at https:\\prb.uscourts.gov; to consider the following:

1- TRUSTEE'S NOTICE OF INTENT TO SELL PROPERTY AT PUBLIC SALE PROPERTY (DOCKET #30);

2- DEBTORS' OPPOSITION (DOCKET #32).

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21 day of May, 2021.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge